IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00025-BNB

VERNELL A. JEFFRIES,

    Petitioner,

v.

ERIC HOLDER, JR., U.S. Attorney General,
DAVID BERKEBILE, Warden,
D. ALLRED, Clinical Director,
A. OSANGIE, Health Care Provider (PA), and
CORDOVA, Health Services Administrator,

    Respondents.

## ORDER OF DISMISSAL

    Petitioner, Vernell A. Jeffries, is a prisoner in the custody of the Federal Bureau of Prisons at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. Mr. Jeffries initiated this action by filing *pro se* a pleading (ECF No. 1) claiming that his rights have been violated. On January 6, 2014, Magistrate Judge Boyd N. Boland entered an order directing Mr. Jeffries to cure certain deficiencies if he wished to pursue any claims in this action. Specifically, Magistrate Judge Boland directed Mr. Jeffries to file a complaint on the proper form and either to pay filing and administrative fees totaling $400.00 or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Jeffries was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Jeffries has failed to cure the deficiencies within the time allowed and has failed to respond in any way to Magistrate Judge Boland's January 6 order.  Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Petitioner files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Jeffries failed to cure the deficiencies as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  13th  day of    February    , 2014.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court